```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :
                                              SEALED ORDER
     - v. -                      :
                                              24 Cr. 556 (___)
ERIC ADAMS,                      :

                Defendant.       :
- - - - - - - - - - - - - - - - - x
```

    Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Celia Cohen, Andrew Rohrbach, Hagan Scotten, and Derek Wikstrom;

    It is found that the Indictment in the above-captioned action, 24 Cr. 556, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed following service of a summons, it is therefore

    ORDERED that the Indictment 24 Cr. 556 in the above-captioned action be unsealed as of 10:30 a.m. on September 26, 2024, and, upon unsealing, shall remain unsealed pending further order of the Court.

IT IS FURTHER ORDERED that the above-captioned Indictment be assigned to a District Court Judge upon its unsealing.

Dated:  New York, New York
        September 25, 2024

_____
THE HONORABLE KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE