AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 24 Cr. 556 (DEH) |
| Eric Adams | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States.

Date:    09/26/2024

/s/ Andrew Rohrbach
*Attorney's signature*

Andrew Rohrbach, 5329305
*Printed name and bar number*

U.S. Attorney's Office - SDNY
26 Federal Plaza, 37th Floor
New York, NY 10278

*Address*

Andrew.Rohrbach@usdoj.gov
*E-mail address*

(212) 637-1944
*Telephone number*

*FAX number*