UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ERIC ADAMS,<br>                        Defendant. | ECF CASE<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**<br><br>24 Cr. 556 (DEH) |

TO:     Clerk of Court
           United States District Court
           Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted.

                                                Respectfully submitted,

                                                DAMIAN WILLIAMS
                                                United States Attorney for the
                                                Southern District of New York

                                                By:  /s/ Derek Wikstrom_____
                                                      Derek Wikstrom
                                                      Assistant United States Attorney
                                                     (212) 637-1085