**MEMO ENDORSED**

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7364**

WRITER'S EMAIL ADDRESS
alexspiro@quinnemanuel.com

September 26, 2024

**VIA ECF**

Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 905
New York, NY  10007

Re:    United States vs. Adams (1:24-cr-00556-DEH)

Dear Judge Ho:

I represent Mayor Eric Adams in the above-captioned case.  We respectfully request to appear before Your Honor for the arraignment of Mayor Adams on Friday, September 27, or Monday, September 30.  The Government does not object to our request.

Very truly yours,

Alex Spiro

Application **GRANTED.**  The case shall be referred to the Magistrate Judge on duty for an initial appearance and arraignment on September 27, 2024.  In addition, an initial conference will be held on Friday, October 4, 2024, at 3:00 p.m. in a courtroom to be determined by the Court.

The Clerk of Court is respectfully requested to close ECF No. 6.

SO ORDERED.

DALE E. HO
United States District Judge
Dated: September 26, 2024
New York, New York

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH