UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ERIC ADAMS,<br><br>Defendant. | No. 24-CR-556 (DEH) |

### DEFENDANT ERIC ADAMS'S NOTICE OF MOTION TO DISMISS COUNT V OF THE INDICTMENT

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, the undersigned will move this Court on a date and time to be designated by the Court, before the Honorable Dale E. Ho, at the Thurgood Marshall United States Courthouse, 40 Foley Square New York, NY 10007, for an order dismissing Count V of the Indictment.

Date: September 30, 2024

Respectfully submitted,

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By: */s/ Alex Spiro*

Alex Spiro
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

William A. Burck
John F. Bash (*pro hac vice forthcoming*)
Avi Perry
1300 I Street NW, 9th Floor
Washington, D.C. 20005
(202) 538-8000

*Attorneys for Mayor Eric Adams*