AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cr-00556-DEH |
| Eric Adams | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eric Adams.

Date: 09/30/2024

/s/ William Burck
*Attorney's signature*

William Burck
*Printed name and bar number*

Quinn Emmanuel Urquhart & Sullivan LLP
1300 I Street NW Suite 900
Washington, D.C. 20005
*Address*

williamburck@quinnemanuel.com
*E-mail address*

(202) 538-8000
*Telephone number*

*FAX number*