**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

ERIC ADAMS,

        Defendant.

1:24-cr-00556-DEH

**MOTION FOR ADMISSION**
***PRO HAC VICE* OF JOHN F. BASH**

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, John F. Bash, hereby move this Court for an order for admission to practice Pro Hac Vice to appear as counsel for Defendant Eric Adams in the above-captioned action.

    I am a member in good standing of the bars of the District of Columbia and the state of Texas, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3 and copies of certificates of good standing from the District of Columbia and the state of Texas. A proposed Order is submitted herewith.

         Respectfully submitted,

Dated:  Austin, TX
    September 30, 2024

         QUINN EMANUEL URQUHART &
         SULLIVAN, LLP

      By:  /s/ John F. Bash
         John F. Bash
         300 West 6th Street, Suite 2010
         Austin, TX 78701
         Telephone: (737) 667-6110

_____

*Attorney for Defendant Eric Adams*