**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>                              Plaintiff,<br><br>            v.<br><br>ERIC ADAMS,<br><br>                              Defendant. | 1:24-cr-00556-DEH<br><br>**DECLARATION OF JOHN F. BASH** |

I, John F. Bash, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel to Defendant Eric Adams ("Defendant") in the above-captioned action.

2. I submit this declaration in support of Defendant's motion for my admission to practice *pro hac vice* in the above-captioned action.

3. I am an attorney in good standing of the Bar of the state of Texas a true and correct copy of a Certificate of Good Standing issued within the last 30 days and verifying same is annexed hereto as **Exhibit A**.

4. I am also member of the Bar of the District of Columbia. A true and correct copy of a Certificate of Good Standing issued within the last 30 days and verifying the same is annexed hereto as **Exhibit B**.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. There are no disciplinary proceedings presently against me.

8. I am familiar with the local rules for the United States District for the Southern District of New York.

WHEREFORE, I respectfully request the Court grant Petitioner's motion for my admission *pro hac vice* in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th date of September, 2024 in Austin, Texas.

/s/ John F. Bash
John F. Bash