UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) **NOTICE OF APPEARANCE AND REQUEST** |
| | ) **FOR ELECTRONIC NOTIFICATION** |
| ERIC ADAMS, | ) **24 Cr. 556 (DEH)** |
| Defendant. | ) |

TO:   Clerk of Court
    United States District Court
    Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York


by:  /s/ Hagan Scotten
    Hagan Scotten
    Assistant United States Attorney
    (212) 637-2410