**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 1, 2024

**BY ECF**
The Honorable Dale E. Ho
United States District Judge
500 Pearl Street
Southern District of New York
New York, New York 10007

**Re:**   *United States v. Eric Adams*, 24 Cr. 556 (DEH)

Dear Judge Ho:

      The Government has conferred with defense counsel and submits the attached protective order on consent, which the parties respectfully request the Court so-order.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by:   /s/
      Celia V. Cohen
      Andrew Rohrbach
      Hagan Scotten
      Derek Wikstrom
      Assistant United States Attorneys
      (914) 993-1921 / (212) 637-1944 / 2410 / 1085

cc (by ECF):   Defense Counsel