# EXHIBIT 1
# REQUEST TO SEAL