# EXHIBIT 2

# EXHIBIT B

**The New York Times Company**

William K. Rashbaum
Reporter

2 April 2015

620 8th Avenue
New York, NY 10018

Mr. Adam B. Skelos

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

(By Hand & Electronic Mail)

Dear Mr. Skelos,

The New York Times is preparing a story about the federal investigation that is currently focused on you and your father. I am writing to you because we want to ensure that you have the opportunity to comment on the areas of the article that involve you.

Outlined below are some of the questions we have, though ideally we would like to speak with you, or your attorney, about the story. That said a written response would also be welcome. We would only ask that you provide us with your responses by 5 p.m. today.

I can be reached on my cell phone or by email, the number and address are listed above.

Sincerely,

William K. Rashbaum

1. Would you care to comment on the ongoing federal investigation focused on you and your father?

2. Have you received a federal grand jury subpoena seeking documents, other materials or any other information as part of this investigation, or have you been contacted in any way by the federal authorities?
3. Our reporting indicates that ▆▆▆▆▆ of ▆▆▆▆▆ has paid you $20,000 with the expectation that you would go to work for that company. It is our understanding that you did not end up working there, yet kept the money. Did you receive a payment from ▆▆▆▆▆ and, if so, when did you receive it and what was your understanding of the payment?
4. Our reporting indicates that you have worked as a consultant for ▆▆▆▆▆ Industries. We are interested in any information you could provide us about your relationship with ▆▆▆▆▆. For example, what do you do for the company and how have you been compensated? How were you introduced to the company and when did you start working for them?
5. Our reporting indicates that a company called ▆▆▆▆▆ which was operated by senior ▆▆▆▆▆ executives and ▆▆▆▆▆ held a significant stake in ▆▆▆▆▆, the parent company of ▆▆▆▆▆. Are you aware that they held this interest? Do you yourself own stock in ▆▆▆▆▆ and if so how much? Have you ever received any payment from ▆▆▆▆▆ or anyone affiliated with it or its related entities or has the company or anyone affiliated with it or its related entities ever helped you get a job?
6. We are interested in a Nassau County contract that was awarded to ▆▆▆▆▆ in 2013. So you have it, the contract number is ▆▆▆▆▆. Were you involved in any aspect of ▆▆▆▆▆ bid for this contract and, if so, with whom in Nassau County government did you meet in connection with it? The company also is doing work in ▆▆▆▆▆ and ▆▆▆▆▆. What was your role, if any, in those projects?
7. Do you think your relationship with ▆▆▆▆▆ or ▆▆▆▆▆ represents a conflict of interest or at least creates the appearance of a potential conflict – and possibly a more significant problem – for your father given his role in legislation regarding the real estate industry, infrastructure, environmental and construction issues like design-build, and his support at the time for fracking?

8. Has your father taken any official action that benefits ▇▇▇▇▇▇ or any of its subsidiaries or related companies? If so, what was it? What is your understanding of his role in the $200,000,000 appropriation in the recently passed state budget for the capital costs of clean water infrastructure projects?
9. We see from the website ▇▇▇▇▇▇ that you work at that company. What do you do for them?
10. In 2012 you created a company called ▇▇▇▇▇▇. What does the company do and what is the relationship between ▇▇▇▇▇▇ and ▇▇▇▇▇▇?
11. What is your role with ▇▇▇▇▇▇? Does the company manage any properties? If so, what are the properties, and is ▇▇▇▇▇▇ in ▇▇▇ among them?