UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             -against-<br><br>ERIC ADAMS,<br><br>             Defendant. | Case No. 24-CR-556 (DEH) |

**DECLARATION OF AVI PERRY IN SUPPORT OF DEFENDANT ERIC ADAMS'S OPPOSITION TO GOVERNMENT'S NOV. 15, 2024 LETTER-MOTION**

I, Avi Perry, hereby declare as follows under 28 U.S.C. § 1746:

1. I am an attorney at Quinn Emanuel Urquhart & Sullivan, LLP and counsel for Defendant Eric Adams in this action. I am an attorney licensed to practice in the State of New York, and admitted before the United States District Court for the Southern District of New York. I make this Declaration in support of Defendant Adams's Opposition to the Government's November 15, 2024 Letter-Motion (ECF No. 59). This Declaration is based on my personal knowledge, and if called upon to do so, I would testify competently to the facts set forth herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of a letter from counsel for Mayor Adams to the government, dated October 14, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C. on this 18th day of November, 2024.

                              */s/ Avi Perry*
                              Avi Perry

1