UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 24 Cr. 556 (DEH) |
| ERIC ADAMS, | ORDER |
| Defendant. | |

DALE E. HO, United States District Judge:

Pursuant to this Court's October 17, 2024 Order, ECF No. 36, the parties submitted a joint letter detailing their proposed dates for any CIPA-related litigation. ECF No. 42. Notably, the parties proposed different dates—ultimately demonstrating a total variance of about two months. After careful consideration, the Court orders the following CIPA schedule for this matter:

| **CIPA Submission / Hearing** | **Deadline** |
|---|---|
| *CIPA Section 4 Proceedings* | |
| Government's Section 4 Motion | January 17, 2025 |
| Section 4 *Ex Parte* Hearing(s) | Week of January 27, 2025 |
| *CIPA Section 5 Proceedings* | |
| Defense's Section 5 Notice Filing | February 14, 2025 |
| Government's Section 5 Objection(s) | February 21, 2025 |
| Defense's Section 5 Reply | February 28, 2025 |
| *CIPA Section 6 Proceedings* | |
| Government's Section 6 Motion | March 14, 2025 |
| Defense's Section 6 Objection(s) | March 21, 2025 |
| Government's Section 6 Reply | March 28, 2025 |
| Section 6 Hearing | Week of April 7, 2025 |

As the Court has previously noted, the establishment of a CIPA schedule does not presuppose the occurrence of any particular CIPA event(s). *See generally* ECF No. 36. In

particular, Mayor Adams's counsel has reiterated an interest in waiving CIPA practice (to the extent legally permissible). *See generally* ECF Nos. 42, 55.[1] Accordingly, the CIPA schedule in this Order is set forth without prejudice to Mayor Adams' pending request to waive access to CIPA discovery and re-set the trial date. *See* ECF No. 55.

This schedule shall remain in effect unless and until the Court orders otherwise. Accordingly, the Government shall submit its CIPA Section 4 motion to the Court no later than January 17, 2025.

SO ORDERED.

Dated: November 19, 2024
New York, New York

DALE E. HO
United States District Judge

---

[1] The Court is in receipt of Mayor Adams's motion to reconsider the trial date, ECF No. 55, and will issue a decision in due course.