UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

United States of America

          Plaintiff,

Case No. 1:24-cr-00556

-against-

Eric Adams

          Defendant.
------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Alex Spiro**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
FIRM NAME: Quinn Emanuel Urquhart & Sullivan
FIRM ADDRESS: 51 Madison Ave, New York, NY 10010
FIRM TELEPHONE NUMBER: 212-849-7000
FIRM FAX NUMBER:_____

NEW FIRM:
FIRM NAME: Quinn Emanuel Urquhart & Sullivan
FIRM ADDRESS: 295 Fifth Ave, New York, NY 10016
FIRM TELEPHONE NUMBER: 212-849-7000
FIRM FAX NUMBER:_____

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: December 11, 2024

/s/ Alex Spiro
ATTORNEY'S SIGNATURE