

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 18, 2024

**BY ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Eric Adams*, 24 Cr. 556 (DEH)

Dear Judge Ho:

    The Government writes in response to the Court's order directing the parties to identify any issues or requests for relief that may be raised at the upcoming status conference in the above-referenced case. (Dkt. 69 at 3-4). Should the conference be held, the Government anticipates raising an issue relating to extrajudicial statements that defense counsel has made relating to the case. *See* S.D.N.Y. L. Crim. R. 23.1. The Government may also file a letter on this subject in advance of the conference.

                          Respectfully Submitted,

                          Edward Y. Kim
                          Acting United States Attorney

              by:        /s/
                     Celia Cohen
                     Andrew Rohrbach
                     Hagan Scotten
                     Derek Wikstrom
                     Assistant United States Attorneys
                     (914) 993-1921 / (212) 637-1944 / 2410 / 1085

cc:    Counsel of Record (by ECF)