UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

   -against-

ERIC ADAMS,

                Defendant.

Case No. 24-CR-556 (DEH)

---

### DECLARATION OF JOHN F. BASH IN SUPPORT OF DEFENDANT ERIC ADAMS'S MOTION FOR LEAVE TO FILE A BILL OF PARTICULARS

I, John F. Bash, counsel for Defendant Eric Adams, declare pursuant to 28 U.S.C. § 1746 as follows:

1. Before filing this motion for leave to file a bill of particulars, defense counsel conferred with counsel for the government on December 18, 2024, at 4:30 p.m. ET, in a good-faith effort to resolve the issues raised therein without the Court's intervention.

2. The parties could not reach an agreement regarding Mayor Adams's requested particulars. I therefore certify that these issues are ripe for the Court's intervention under Local Rule 16.1.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Austin, Texas on this 18th day of December, 2024

                                                                  */s/ John F. Bash*
                                                                  John F. Bash