UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ERIC ADAMS,

Defendant.

24 Cr. 556 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

On December 17, 2024, Defendant New York City Mayor Eric Adams ("Adams" or "Mayor Adams") filed a letter motion requesting an adjournment of the case management conference in this matter scheduled on December 20, 2024, and that the conference be scheduled after January 20, 2025. *See* Def. Letter Motion, Dec. 17, 2024, ECF No. 70. The letter also indicated that Mayor Adams "intends to seek leave to file a motion for a bill of particulars this week." *Id.* The Government filed a letter on December 18, 2024, indicating that it intends to raise "an issue relating to extrajudicial statements that defense counsel has made relating to the case" at the upcoming conference. Gov't Status Letter, Dec. 18, 2024, ECF No. 71.

The December 20 case management conference was originally scheduled for December 13, 2024, for the purpose of updating the Court as to the status of discovery and setting a pretrial schedule in this matter. The Court adjourned the conference to December 20 at the request of defense counsel, who did not, at that time, indicate any conflicting commitments. *See* Conf. Tr. 63-65, ECF No. 57. In the letter motion, however, counsel for Mayor Adams represents that he "is currently out of state and actively engaged on other matters." ECF No. 70.[1]

---

[1] The Court notes that it is somewhat unclear whether defense counsel remains unavailable for in-person proceedings in this District. He has, in a different unrelated civil matter before another judge in this District, filed an emergency motion to show cause, requesting, *inter alia*, a hearing to be scheduled on "Thursday, December 19, 2024, at 9:00 AM, or as soon thereafter as the Court

In any event, the issues that the parties have identified in their letters can be addressed via motions or letters to the Court (and Mayor Adams has already filed his motion for a bill of particulars, *see* ECF No. 72). Accordingly, Defendant's motion is **GRANTED**. The case management conference is hereby adjourned to *sine die*. A pretrial schedule in this matter will issue separately.

The Court also notes that it previously scheduled CIPA Section 4 hearings, if necessary, for the week of January 27, 2025. See Order, ECF No. 62. The parties are hereby **ORDERED**, by December 20, 2024, to each submit status letters indicating their availability for in-person proceedings during that week.

Dated: December 19, 2024
      New York, New York

SO ORDERED.

_____
DALE E. HO
United States District Judge

---

deems appropriate." *See Doe v. Combs*, 24-cv-07975, Mem. of Law in Support of Proposed Order to Show Cause, ECF No. 48, at 15 (Dec. 18, 2024). The Proposed Order filed in connection with that motion makes clear that counsel seeks an in-person hearing in that matter as early as today. *See* Proposed Order, ECF No. 47.