

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 20, 2024

**BY ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Eric Adams*, 24 Cr. 556 (DEH)

Dear Judge Ho:

    The Government writes in response to the Court's order directing each party to identify its availability for in-person proceedings the week of January 27, 2025. (Dkt. 75 at 2). The Government is available anytime that week at the Court's convenience.

                              Respectfully Submitted,

                              Edward Y. Kim
                              Acting United States Attorney

         by:        /s/
                              Celia Cohen
                              Andrew Rohrbach
                              Hagan Scotten
                              Derek Wikstrom
                              Assistant United States Attorneys
                              (914) 993-1921 / (212) 637-1944 / 2410 / 1085

cc:    Counsel of Record (by ECF)