UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ERIC ADAMS,<br><br>Defendant. | No. 24-CR-556 (DEH)<br><br>**DEFENDANT ERIC ADAMS'S NOTICE OF RENEWED MOTION FOR AN EVIDENTIARY HEARING AND FOR SANCTIONS INCLUDING DISMISSAL** |

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law and Declaration of Alex Spiro, the undersigned will move this Court on a date and time to be designated by the Court, before the Honorable Dale E. Ho, at the Thurgood Marshall United States Courthouse, 40 Foley Square New York, NY 10007, for an evidentiary hearing and for sanctions regarding grand jury secrecy violations, up to and including dismissal of the indictment. Additionally, the Court should exercise its equitable powers and halt any further grand jury proceedings pending the hearing and resolution of this motion. Moreover, the Court should order the government to submit individual declarations from each state, local, and federal government attorney, employee, or agent who received information regarding the grand jury witness's testimony, and require those individuals to affirm under penalty of perjury (1) how they came to learn that information; and (2) whether they disseminated it to any member of the media or other person outside the scope of Rule 6(e)(3) of the Federal Rules of Criminal Procedure.

| | |
|---|---|
| Dated:  December 24, 2024 | Respectfully submitted,<br><br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br><br>By: /s/ Alex Spiro<br>Alex Spiro<br>295 Fifth Ave.<br>New York, NY 10016<br>(212) 849-7000<br><br>William A. Burck<br>John F. Bash (admitted *pro hac vice*)<br>Avi Perry<br>1300 I Street NW, 9th Floor<br>Washington, D.C. 20005<br>(202) 538-8000<br><br>*Attorneys for Mayor Eric Adams* |