UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ERIC ADAMS,<br>                    Defendant. | 24-CR-556 (DEH)<br><br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

On November 20, 2024, this Court issued an Order that, *inter alia*, directed the parties to meet and confer regarding a pretrial schedule in this matter. *See* ECF No. 63. On November 27, 2024, the parties submitted a joint letter in accordance with that Order. ECF No. 64. The parties largely agreed on a pretrial schedule for an April 21, 2025 trial date, *see id.* at 2-3, and this Court subsequently confirmed the trial date, *see* ECF No. 69.

The parties' joint submission reflected agreement with respect to almost all pretrial deadlines, with exceptions related to the timing of disclosure of *Giglio* material and witness statements, and the exchange of witness and exhibit lists. Having considered the parties' respective positions, the Court hereby **ORDERS** the following pretrial schedule[1] in this matter:

---

[1] The Court previously ordered deadlines of December 18, 2024, for defense discovery motions; January 6, 2025, for oppositions; and the week of January 20, 2025, for argument. *See* ECF No. 33. Because Mayor Adams did not file any such motions, this pretrial schedule does not include deadlines for defense discovery motions.

| Event | Date |
| --- | --- |
| Defense Rule 16 disclosures | January 6 (agreement of parties) |
| Gov't CIPA Section 4 Brief | January 17 (previously ordered) |
| CIPA Section 4 hearing(s) | January 27 (week of) (previously ordered) |
| Gov't expert disclosures | February 3 (agreement of parties) |
| Defense expert disclosures | February 10 (agreement of parties) |
| Defense CIPA Section 5 filing, if any | February 14 (previously ordered) |
| Gov't CIPA Section 5 objections, if any | February 21 (previously ordered) |
| Defense CIPA Section 5 reply, if any | February 28 (previously ordered) |
| Motions *in limine* ("MIL"), Rule 404(b) disclosure | February 28 (agreement of parties) |
| Gov't CIPA Section 6 motion, if any | March 14 (previously ordered) |
| MIL oppositions | March 14 (agreement of parties) |
| Defense CIPA Section 6 objections, if any | March 21 (previously ordered) |
| *Giglio* material and witness statements | March 21[2] |
| MIL argument | March 24 (week of) (agreement of parties) |
| Gov't CIPA Section 6 reply, if any | March 28 (previously ordered) |
| Witness lists, exhibits | March 31[3] |
| CIPA Section 6 hearing, if any | April 7 (week of) (previously ordered) |
| Requests to Charge | April 7 (agreement of parties) |
| **Trial** | **April 21** |

---

[2] Mayor Adams proposed February 24; the Government proposed April 14.  ECF No. 64 at 3.

[3] Mayor Adams proposed March 24; the Government proposed April 14.  *Id.*

Both parties have a continuing obligation to update their disclosures if they become aware of additional responsive materials.

SO ORDERED.

Dated: December 27, 2024
New York, New York

DALE E. HO
United States District Judge