U.S. Department of Justice

*United States Attorney
Southern District of New York*

*The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278*

January 10, 2025

**BY ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Eric Adams*, 24 Cr. 556 (DEH)

Dear Judge Ho:

The Government respectfully submits this letter to update the Court about information relevant to two pending motions. The *New York Times* has now published the article anticipated by Adams's renewed leaks motion (Dkt. 83).[1] The article states that the Government has "recently presented additional evidence to a grand jury," a "disclosure" attributed to "the mayor's defense lawyers" and "two people who were told of it." There is no indication in the article that there were Government sources for any of its information. In addition, the article quotes a statement defense counsel gave to the *Times*, expressing opinions about "the accused's guilt or innocence" and "the merits of the case." L. Crim. R. 23.1(d)(7). That statement is presumptively prejudicial, in violation of the Court's Local Rules. The Government therefore reiterates its request that the Court grant the Government's motion (Dkt. 76) and direct counsel for the parties to comply with Local Rule 23.1.

Respectfully Submitted,

EDWARD Y. KIM
Acting United States Attorney

by:  _____/s/_____
Celia Cohen
Andrew Rohrbach
Hagan Scotten
Derek Wikstrom
Assistant United States Attorneys
(914) 993-1921 / (212) 637-1944 / 2410 / 1085

cc:   Counsel of Record (by ECF)

---

[1] *See* William K. Rashbaum & Dana Rubinstein, "Federal Grand Jury Has Heard More Evidence in Case Against Mayor Adams," *N.Y. Times* (Jan. 10, 2025), https://www.nytimes.com/2025/01/10/nyregion/eric-adams-corruption-grand-jury.html.