**MEMO ENDORSED**

## quinn emanuel trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7364

WRITER'S EMAIL ADDRESS
alexspiro@quinnemanuel.com

January 26, 2025

> Application **GRANTED.** Mr. Adams's appearance at the sealed, *ex parte* hearing on Wednesday, January 29, 2025, is hereby waived.
> **SO ORDERED.**
>
> /s/ Dale E. Ho
>
> DALE E. HO
> United States District Judge
> Dated: January 27, 2025
> New York, New York

<u>VIA ECF</u>

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 905
New York, New York 10007

Re:   <u>United States v. Adams</u>, No. 24 Cr 556 (DEH)

Dear Judge Ho:

    I write on behalf of Mayor Eric Adams in regards to the upcoming sealed and *ex parte* CIPA hearing with defense counsel on Wednesday, January 29, 2025. Given the nature of the hearing, Mayor Adams knowingly and voluntarily waives his appearance. Counsel for Mayor Adams looks forward to speaking with you on Wednesday.

Respectfully submitted,

/s/ Alex Spiro

Alex Spiro

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON |
LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO |
SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH