

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 30, 2025

**BY ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Eric Adams*, 24 Cr. 556 (DEH)

Dear Judge Ho:

  The Government respectfully submits this letter to notify the Court and defense counsel that today the Government has made available to the Classified Information Security Officer a supplemental classified, *ex parte* submission to the Court pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d).

        Respectfully Submitted,

        Danielle R. Sassoon
        United States Attorney

     by: _____/s/_____
        Celia Cohen
        Andrew Rohrbach
        Hagan Scotten
        Derek Wikstrom
        Assistant United States Attorneys
        (914) 993-1921 / (212) 637-1944 / 2410 / 1085

cc: Counsel of Record (by ECF)