U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 4, 2025

**BY ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Eric Adams*, 24 Cr. 556 (DEH)

Dear Judge Ho:

  The Government respectfully submits this letter to request that the Court enter the attached proposed protective order pursuant to Section 3 of the Classified Information Procedures Act. The Government has conferred with defense counsel, who consents to this motion.

         Respectfully Submitted,

         DANIELLE R. SASSOON
         United States Attorney

     by: _____/s/_____
         Celia Cohen
         Andrew Rohrbach
         Hagan Scotten
         Derek Wikstrom
         Assistant United States Attorneys
         (914) 993-1921 / (212) 637-1944 / 2410 / 1085

cc: Counsel of Record (by ECF)