UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **Notice of Appearance** |
| | : | |
| - v. – | : | 24 Cr. 556 (DEH) |
| | : | |
| ERIC ADAMS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO: Clerk of Court
United States District Court
Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                        Respectfully Submitted

                                             _____/s/_____
                                             EDWARD SULLIVAN
                                             Senior Litigation Counsel
                                             Public Integrity Section
                                             Criminal Division
                                             United States Department of Justice
                                             (202) 514-1412
                                             edward.sullivan@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

                                                          /s/
                                        Edward Sullivan
                                        Senior Litigation Counsel

Dated:  February 14, 2025