UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | **Notice of Appearance** |
| - v. – | 24 Cr. 556 (DEH) |
| ERIC ADAMS, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO: Clerk of Court
United States District Court
Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                              Respectfully Submitted

                                              _____/s/_____
                                              ANTOINETTE T. BACON
                                              Supervisory Official
                                              Criminal Division
                                              United States Department of Justice
                                              (202) 353-4641
                                              antoinette.bacon@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

                                        _____/s/_____
                                        Edward Sullivan
                                        Senior Litigation Counsel

Dated:   February 14, 2025