UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA : **Notice of Appearance**

- v. – : 24 Cr. 556 (DEH)

ERIC ADAMS,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO: Clerk of Court
United States District Court
Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                Respectfully Submitted

                _____/s/_____
                EMIL BOVE
                Acting Deputy Attorney General
                United States Department of Justice
                (202) 514-2000
                emil.bove@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

                                         _____/s/_____  
                                         Edward Sullivan  
                                         Senior Litigation Counsel

Dated:   February 14, 2025