

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 14, 2025

**BY ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Eric Adams*, 24 Cr. 556 (DEH)

Dear Judge Ho:

    It is respectfully requested that the Court notice the withdrawal of Celia V. Cohen, Andrew Rohrbach, Derek Wikstrom, and Hagan Scotten as counsel for the United States in the above-captioned matter.

                              Respectfully Submitted,

                                /s/
                              Celia V. Cohen
                              Andrew Rohrbach
                              Assistant United States Attorneys
                              Southern District of New York

cc:    Counsel of Record (by ECF)