**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7364**

WRITER'S EMAIL ADDRESS
**alexspiro@quinnemanuel.com**

February 18, 2025

<u>VIA ECF</u>

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 905
New York, New York 10007

Re:  <u>U.S. v. Adams</u> - Case No. 24-Cr-556-DEH

Dear Judge Ho:

      We write in response to the Court's February 18, 2025, order that Mr. Adams file the written consent referred to in the government's motion to dismiss, Dkt. 122 at 1.  Dkt. 139.  The written consent was transmitted via e-mail from Mr. Adams's counsel to Mr. Bove on February 14, 2025, and is attached as Exhibit A to this letter.

Respectfully submitted,

*/s/ Alex Spiro*

Alex Spiro
William A. Burck

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH