UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **Notice of Appearance** |
| | : | |
| - v. – | : | 24 Cr. 556 (DEH) |
| | : | |
| ERIC ADAMS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO: Clerk of Court
United States District Court
Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                          Respectfully Submitted

                                       _____/s/_____
                                       ANTOINETTE T. BACON
                                       Supervisory Official
                                       Criminal Division
                                       United States Department of Justice
                                       (202) 353-4641
                                       antoinette.bacon@usdoj.gov