UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA      :     **Notice of Appearance**

      - v. –      :     24 Cr. 556 (DEH)

ERIC ADAMS,      :

          Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO: Clerk of Court
United States District Court
Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                              Respectfully Submitted

                                        _____/s/_____
                                        EMIL BOVE
                                        Acting Deputy Attorney General
                                        United States Department of Justice
                                        (202) 514-2000
                                        emil.bove@usdoj.gov