UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ERIC ADAMS,<br><br>Defendant. | No. 24-CR-556 (DEH)<br><br>**MAYOR ERIC ADAMS'S NOTICE OF MOTION TO DISMISS THE INDICTMENT FOR PROSECUTORIAL MISCONDUCT** |

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, the undersigned will move this Court on a date and time to be designated by the Court, and as soon as counsel may be heard, before the Honorable Dale E. Ho, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for an order dismissing the indictment with prejudice.

Dated: February 26, 2025

Respectfully submitted,

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By: */s/ Alex Spiro*
Alex Spiro
295 Fifth Ave.
New York, NY 10016
(212) 849-7000

William A. Burck
John F. Bash (admitted *pro hac vice*)
Avi Perry
1300 I Street NW, 9th Floor
Washington, D.C. 20005
(202) 538-8000

*Attorneys for Mayor Eric Adams*