UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States of America

                Plaintiff,

-against-                         1:24-cr-556

**MOTION FOR ADMISSION**

Eric Adams                             **PRO HAC VICE**

                Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, R. Trent McCotter hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Amicus Curiae Separation of Powers Clinic in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of DC and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:

26 Feb 2025

Respectfully Submitted,

_____

Applicant Signature:_____

Applicant's Name: R. Trent McCotter
Firm Name: Separation of Powers Clinic
Address: 3600 John McCormack Rd. NE
City/State/ZIP: Washington, DC 20064
Tele: 202-706-5488
Email: mccotter@cua.edu