UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ERIC ADAMS,<br>                Defendant. | 24 Cr. 556 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On February 26, 2025, Defendant New York City Mayor Eric Adams filed a motion asking this Court for "an order dismissing the indictment with prejudice." ECF No. 140 at 1. It is hereby ORDERED that the Government shall file any opposition to Mayor Adams's motion by **March 7, 2025**. It is further ORDERED that Mayor Adams shall submit any reply by **March 11, 2025**.

SO ORDERED.

Dated: February 27, 2025
       New York, New York

                                                        DALE E. HO
                                                        United States District Judge