**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>ERIC ADAMS,<br><br>                    Defendant. | Case No. 24 Cr. 556 (DEH)<br><br>**AFFIDAVIT OF ROBERT A. VAN NEST, JR. IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Robert A. Van Nest, Jr., pursuant to 28 U.S.C § 1746, declare under penalty of perjury as follows:

1. I am a member of the law firm of Keker, Van Nest & Peters LLP.

2. I submit this declaration in support of my Motion to Admit Counsel *Pro Hac Vice* in the above-captioned matter.

3. I have been a member in good standing of the Bar of the State of California since November 29, 1978.

4. I attach a Certificate of Good Standing from the State of California, which was issued within thirty days of this filing, as **Exhibit A** to my Motion to Admit Counsel *Pro Hac Vice.*

5. I have never been convicted of a felony or been the subject of any criminal conviction.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

2881749

Wherefore your declarant respectfully submits that he be permitted to appear as counsel *Pro Hac Vice* in this one case on behalf of Amici Curiae Former Federal Jurists.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  February 28, 2025

*/s/ Robert A. Van Nest, Jr.*
ROBERT A. VAN NEST, JR.