# EXHIBIT 6

# Trump border czar and NYC mayor interview with 'Fox & Friends' on immigration commitments

By  CEDAR ATTANASIO



Updated 1:18 PM PST, February 14, 2025

NEW YORK (AP) — Reestablishing an immigration office at New York's notorious Rikers Island jail is just the first step in a more complex agreement President Donald Trump's administration has reached with Democratic Mayor Eric Adams, the new U.S. border czar said Friday in their first joint public appearance.

Tom Homan and Adams appeared side-by-side on "Fox & Friends" a day after the two announced that Adams had agreed to sign an executive order reestablishing an office for U.S. Immigration and Customs Enforcement at the jail. One purpose of the office will be to share intelligence on gangs, they said.

The agreement is already being heavily criticized by New York City Council leaders, after prosecutors resigned in protest against a directive from Trump's Department of Justice to dismiss corruption charges against Adams so the mayor could assist with the Republican president's immigration agenda.

The enhanced cooperation between Adams and the Trump administration detailed in Friday's interview has accelerated criticism that the mayor has become beholden to the president in exchange for saving him from criminal prosecution.

At the same time, Adams is facing a renewed wave of calls to resign from office, with critics arguing that he has become inextricably linked with the president's agenda to the point where he cannot independently run his own city. In a statement Friday afternoon, Adams sought to dispel those concerns.

"I want to be crystal clear with New Yorkers: I never offered — nor did anyone offer on my behalf — any trade of my authority as your mayor for an end to my case. Never," Adams said. "I am solely beholden to the 8.3 million New Yorkers that I represent and I will always put this city first."

Homan said the agreement with Adams on Rikers, which has been under court orders to resolve longstanding problems with security, use of force and more, was just one piece of a bigger collaboration.

"We're working on some other things that we don't really want to talk about in open areas because the city council will be putting roadblocks upon us," Homan said. "But the mayor and me have committed to several other things that will make the city safer."

At one point, the border czar also issued a clear warning to the mayor if he decided not to comply with the president's agenda in the future.

"If he doesn't come through, I'll be back in New York City, and we won't be sitting on the couch. I'll be in his office, up his butt, saying, 'Where the hell is the agreement we came to?' " Homan said.

New York City Council leaders said in a statement Thursday that city law prohibits an ICE office at Rikers Island. They said they are ready to scrutinize the executive order when it is released, adding that the "announcement only deepens the concern that the mayor is prioritizing the interests of the Trump Administration over those of New Yorkers."

The vast majority of the 6,000 people at Rikers Island are pre-trial defendants, according to a 2023 comptroller report. It is unclear how an executive the order from Adams could help ICE create a dragnet for immigrants it is targeting, without offering them access to people without criminal records, such as those who are released on bail or whose charges have been dismissed.

Adams and Homan said they agree on flagging criminals for deportation.

Adams deflected questions about the federal prosecutors who have resigned in protest after the Department of Justice directed their office to dismiss corruption charges against Adams. One prosecutor accused the Justice Department of accepting a "quid pro quo" — dropping the case to ensure Adams' help with Trump's immigration enforcement policies.

"If you don't help them, they could refile the charges," host Steve Doocy said to Adams, appearing to form a question.

"No," Adams shot back, adding "I don't get into the legalese. I have an attorney to do that, and I pay a lot for that."

———

Associated Press writer Anthony Izaguirre in Albany, New York, contributed to this report.