AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York ▼

| | |
|---|---|
| United States<br>*Plaintiff*<br>v.<br>Eric Adams<br>*Defendant* | )<br>)<br>)<br>)<br>)   Case No.   24CR556(DEH) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State Democracy Defenders Fund, Lawyers Defending American Democracy, and Individual Amici

Date:    02/28/2025

_____
*Attorney's signature*

Ilene Jaroslaw IW0569
*Printed name and bar number*
Elliott Kwok Levine Jaroslaw Neils LLP
60 East 42nd Street, Suite 1570
New York, NY 10165

_____
*Address*

ijaroslaw@ekljnlaw.com
*E-mail address*

(212) 321-0510
*Telephone number*

_____
*FAX number*

