UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                              Plaintiff,

     -against-

ERIC ADAMS,

                                              Defendant.
------------------------------------------------------------------------X

**Docket No.:**
**1:24-CR-556 (DEH)**

**NOTICE OF APPEARANCE**

       **PLEASE TAKE NOTICE** that STEVEN J. HARFENIST of the law firm of HARFENIST KRAUT & PERLSTEIN LLP, hereby appears in the above captioned action as counsel to *Amici Curiae* LT. GENERAL MICHAEL FLYNN (USA-RET.), AMERICA'S FUTURE, AND CONSERVATIVE LEGAL DEFENSE AND EDUCATION FUND.

Dated: Lake Success, New York
         March 3, 2025

                                              **HARFENIST KRAUT & PERLSTEIN LLP**
                                              *Counsel for Amici Curiae*

                 By:      *s/ Steven J. Harfenist*
                                                Steven J. Harfenist
                                                3000 Marcus Avenue, Suite 2E1
                                                Lake Success, New York 11042
                                                T. (516) 355-9600
                                                F. (516) 355-9601
                                                E. sharfenist@hkplaw.com