UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ERIC ADAMS,<br><br>      Defendant. | Case No. 24 Cr. 556 (DEH)<br><br>**AFFIDAVIT OF KELLY S. KAUFMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

  I, Kelly S. Kaufman, pursuant to 28 U.S.C § 1746, declare under penalty of perjury as follows:

  1. I am a member of the law firm of Keker, Van Nest & Peters LLP.

  2. I submit this declaration in support of my Motion to Admit Counsel *Pro Hac Vice* in the above-captioned matter.

  3. I have been a member in good standing of the Bar of the State of California since December 12, 2019.

  4. I attach a Certificate of Good Standing from the State of California, which was issued within thirty days of this filing, as **Exhibit A** to my Motion to Admit Counsel *Pro Hac Vice*.

  5. I have never been convicted of a felony or been the subject of any criminal conviction.

  6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

  7. I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

2882848

Wherefore your declarant respectfully submits that she be permitted to appear as counsel *Pro Hac Vice* in this one case on behalf of Amici Curiae Former Federal Jurists.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 3, 2025

KELLY S. KAUFMAN

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Francisco )

On March 3rd 2025 before me, Samuel Joseph Rattigan (insert name and title of the officer) personally appeared Kelly S. Kaufman, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

SAMUEL J. RATTIGAN
COMMISSION #2470213
Notary Public - California
SAN FRANCISCO COUNTY
MY COMMISSION EXPIRES
November 7, 2027

2

2882848