UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br> v.<br><br>ERIC ADAMS,<br><br>       Defendant. | Case No. 24 Cr. 556 (DEH)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

  The motion of ELIZABETH A. HECKMANN, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

  Applicant has affirmed that she is a member in good standing of the bar of the State of California; and that her contact information is as follows:

  Elizabeth A. Heckmann
  Keker, Van Nest & Peters LLP
  633 Battery Street
  San Francisco, CA 94111-1809
  Telephone: 415-391-5400
  Facsimile: 415-397-7188
  Email: eheckmann@keker.com

  Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Amici Curiae Former Federal Jurists in the above-entitled action:

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____	_____
                         Hon. Dale E. Ho
                         United States District Judge

2882852