# Exhibits A-H

# Request to Seal