

U.S. Department of Justice

Office of the Deputy Attorney General

_Washington, D.C. 20530_

March 7, 2025

Via ECF
Honorable Dale E. Ho
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Adams, No. 24 Cr. 556 (DEH)

Dear Judge Ho:

    The Department of Justice respectfully submits this letter-motion, pursuant to Rule 9(e)(i) of Your Honor's Individual Practices, seeking sealing of Exhibits A – H to the Department's March 7, 2025 Response In Support Of Motion To Dismiss Pursuant To Rule 48(a) (the "Response"). The defendant consents to this request.

    In the Response, the Department sought to strike an appropriate balance between the public's right of access, and the privacy interests of the attorneys at issue, by anonymizing the participants to communications. The participants are the subjects of an ongoing investigation at the Department. _See Lugosch v. Pyramid Co. of Onondaga_, 435 F.3d 110, 120 (2d Cir. 2006) (explaining that "countervailing factors" against the presumption of access "include but are not limited to . . . and the privacy interests of those resisting disclosure"); _United States v. Dwyer_, 2016 WL 2903271, at *1 (S.D.N.Y. 2016) (reasoning that sealing is warranted to protect, _inter alia_, "the privacy and reputation interests of those involved in an investigation"). Even to the extent inferences regarding the identities of certain participants could be drawn based on connections to public reporting, that is not the case for each of the individual participants. Accordingly, the Department respectfully requests, with the defendant's consent, that Exhibits A – H be maintained under seal.

    Respectfully submitted,

_____
Emil Bove
Principal Associate Deputy Attorney General
United States Department of Justice

Cc:    Defense Counsel
        (Via ECF)