UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              v.<br><br>ERIC ADAMS,<br>                      Defendant. | 24-CR-556 (DEH)<br><br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

    Having reviewed the submissions of the parties and court-appointed *amicus* in response to this Court's Order at ECF No. 136, the Court does not at this time believe that oral argument is necessary. Accordingly, it is hereby **ORDERED** that the oral argument scheduled for March 14, 2025, at 2:00 p.m., is **ADJOURNED SINE DIE**.

    SO ORDERED.

Dated: March 11, 2025
       New York, New York

                                                      DALE E. HO
                                                   United States District Judge