

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Robert D. Balin**
(212) 603-6440 tel
(212) 379-5240 fax

robbalin@dwt.com

March 13, 2025

**VIA ECF**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:    Opposition to Sealing of Exhibits in *United States v. Adams*, No. 24-CR-556 (DEH)**

Dear Judge Ho:

  We represent NYP Holdings, Inc., the publisher of the *New York Post*.  We write to join in The New York Times Company's opposition (ECF No. 163) to the Government's request to seal Exhibits A–H to the Government's March 7, 2025 filing (ECF No. 161).  For the reasons explained in The New York Times Company's opposition, the constitutional and common-law rights of access to judicial documents are at their apex here, and they mandate that these exhibits promptly be made available to the public and press.

  We thank the Court for its attention to this matter.

Respectfully submitted,

Davis Wright Tremaine LLP

By: _____
Robert D. Balin
Jeremy Chase
Raphael Holoszyc-Pimentel

DWT.COM