UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>    v.<br><br>ERIC ADAMS,<br><br>                         Defendant. | Case No. 24 Cr. 556 (DEH)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

      The motion of DAN JACKSON, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

      Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

    Dan Jackson
    Keker, Van Nest & Peters LLP
    633 Battery Street
    San Francisco, CA 94111-1809
    Telephone: 415-391-5400
    Facsimile: 415-397-7188
    Email: djackson@keker.com

      Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Amici Curiae Former Federal Jurists in the above-entitled action:

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of Court is respectfully directed to close ECF No. 155.

Dated:   March 13, 2025
            New York, New York

                                      Hon. Dale E. Ho
                                      United States District Judge

2882850