UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

                Plaintiff,

vs.

Eric Adams

                Defendant.

1:24-cr-556

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of R. Trent McCotter, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of DC; and that his/her contact information is as follows (please print):

Applicant's Name: R. Trent McCotter

Firm Name: Separation of Powers Clinic
Address: 3600 John McCormack Rd. NE
City /State /ZIP: Washington, DC 20064
Tele: 202-706-5488
Email: mccotter@cua.edu

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Amicus Curiae (pending forthcoming motion) Separation of Powers Clinic in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of Court is respectfully directed to close ECF No. 142.

Dated: March 13, 2025
New York, New York

_____
Hon. Dale E. Ho
United States District / ~~Magistrate Judge~~