*United States v. Adams*, No. 24 Cr. 556 (DEH)

Exhibit D

March 25, 2025 Government Submission







