*United States v. Adams*, No. 24 Cr. 556 (DEH)

Exhibit F

March 25, 2025 Government Submission

**From:** +[redacted] Andrew .Rohrbach
**To:** +[redacted] Hagan C. .Scotten (owner)

I was trying to write one this morning too, without much luck. Trying to frame it around notions like conspiracy as a different way to think about it

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +[redacted] Hagan C. .Scotten | | 9/5/2024 10:57:29 AM(UTC-4) | |

**Status:** Read

9/5/2024 10:57:29 AM(UTC-4)

---

**From:** +[redacted] Andrew .Rohrbach
**To:** +[redacted] Hagan C. .Scotten (owner)

Liked "But maybe is a different way to start to frame it"

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +[redacted] Hagan C. .Scotten | | 9/5/2024 10:57:34 AM(UTC-4) | |

**Status:** Read

9/5/2024 10:57:33 AM(UTC-4)

---

**From:** +[redacted] Hagan C. .Scotten (owner)

Dans view when he called me yesterday to complain about the paragraph was that it should have three themes: 1 receipt of illegal contributions and luxury travel 2 concealment and papering 3 culminated in TCO

**Status:** Sent

9/5/2024 10:59:35 AM(UTC-4)

---

**From:** +[redacted] Hagan C. .Scotten (owner)

Not that we have to propose that, but my personal preference would just be to delete the first paragraph. I think that purpose Dan Rob and Lara (or some of them) think it serves is to highlight themes.

**Status:** Sent

9/5/2024 11:01:10 AM(UTC-4)

---

**From:** +[redacted] Celia V. .Cohen
**To:** +[redacted] Hagan C. .Scotten (owner)

I'm fine with that. My separate thought is we did a lot of gymnastics around the influence point and maybe making him the one exploiting the corrupt relationship works better.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +[redacted] Hagan C. .Scotten | | 9/5/2024 11:04:47 AM(UTC-4) | |

**Status:** Read

9/5/2024 11:01:50 AM(UTC-4)