UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC ADAMS,<br><br>                    Defendant. | No. 24 Cr. 556 (DEH) |

**ADJOURNMENT MOTION**

The Government respectfully requests that the Court extend the May 2, 2025 deadline for compliance with the Court's April 25, 2025 order, *nunc pro tunc*, until May 9, 2025 at 5:00 p.m. The purpose of the request is to allow additional time for the Department of Justice and the U.S. Attorney's Office for the Southern District of New York to coordinate on review of the materials at issue and any necessary redactions. Counsel for Eric Adams, the New York Times Company, and NYP Holdings, Inc. consent to this motion.

Dated: May 3, 2025

                                                                                          Respectfully submitted,

                                                                                           /s/
                                                                                          Todd Blanche
                                                                                          Deputy Attorney General
                                                                                          Emil Bove
                                                                                          Principal Associate Deputy Attorney General
                                                                                          United States Department of Justice

                                                                                           /s/
                                                                                          Jay Clayton
                                                                                          U.S. Attorney
                                                                                          U.S. Attorney's Office for the
                                                                                          Southern District of New York