



*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 9, 2025

**BY ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Eric Adams*, 24 Cr. 556 (DEH)

Dear Judge Ho:

The Court's Order dated April 25, 2025 (Dkt. 185) granted a motion by the New York Times Company and NYP Holdings, Inc. seeking the public filing of the following materials from this Office's investigation and discovery process in this matter: (i) search warrants and accompanying affidavits; (ii) indexes that accompanied discovery productions to defense counsel; (iii) a December 2021 application for a 2703(d) Order; and (iv) an August 2024 application for a warrant for location data (collectively, the "Materials").

In accordance with the deadline set in the Court's Order dated May 5, 2025 (Dkt. 190), the Materials are attached here and listed in the index below. Consistent with the Court's April 25 Order, the Materials are redacted to protect the "names of law enforcement personnel and any unindicted subjects of investigation." (Dkt. 185, at 5). To protect third-party privacy interests and to comply with Rule 49.1 of the Federal Rules of Criminal Procedure, the Materials are further redacted to protect email addresses (but not domains unless the domains were uniquely identifying), telephone numbers (except for the last four digits), street addresses (except for the city, state, and zip code), photographs of personal residences, and any identifying information of minors. *See United States v. Amodeo*, 71 F.3d 1044, 1051 (2d Cir. 1995); *In re New York Times Co.*, 828 F.2d 110, 116 (2d Cir. 1987).

To facilitate electronic filing of these voluminous materials, where an attachment to a document is separately filed, we have noted in brackets a reference to the separately filed document and have not reattached it to this filing.

Respectfully Submitted,

   /s/ Jay Clayton
JAY CLAYTON
United States Attorney

cc:    Counsel of Record (by ECF)

| Exhibit No. | Date | Process Type | Docket No. |
|---|---|---|---|
| 1 | Multiple | Discovery Indexes | N/A |
| 2 | December 20, 2021 | 2703(d) Order | 21 MAG 12196 |
| 3 | February 9, 2022 | Email SW | 22 MAG 1337 |
| 4 | June 15, 2022 | Email SW | 22 MAG 5134 |
| 5 | August 1, 2022 | iCloud SW | 22 MAG 6274 |
| 6 | October 13, 2022 | Devices SW | 22-MJ-16177 (DNJ) |
| 7 | November 22, 2022 | iCloud SW | 22 MAG 9464 |
| 8 | December 2, 2022 | iCloud SW | 22 MAG 9730 |
| 9 | March 20, 2023 | iCloud SW | 23 MAG 2237 |
| 10 | July 12, 2023 | iCloud SW | 23 MAG 5464 |
| 11 | November 1, 2023 | Premises SW | 23-MJ-967 (EDNY) |
| 12 | November 1, 2023 | Premises SW | 23 MAG 7044 |
| 13 | November 1, 2023 | Premises SW | 23-MJ-12234 (DNJ) |
| 14 | November 1, 2023 | Premises SW | 23-MJ-12235 (DNJ) |
| 15 | November 1, 2023 | Premises SW | 23-MJ-12236 (DNJ) |
| 16 | November 5, 2023 | Cellphone SW | 23 MAG 7090 |
| 17 | November 5, 2023 | Cellphone Location SW | 23 MAG 7091 and 7092 |
| 18 | November 9, 2023 | Devices SW | 23 MAG 7151 |
| 19 | December 1, 2023 | Historical Cell Site SW | 23 MAG 7415 |
| 20 | February 2, 2024 | Historical Cell Site SW | 24 MAG 539 |
| 21 | February 20, 2024 | iCloud SW | 24 MAG 736 and 737 |
| 22 | March 21, 2024 | Historical Cell Site SW | 24 MAG 1197 |
| 23 | April 3, 2024 | iCloud SW | 24 MAG 1352 and 1353 |
| 24 | April 5, 2024 | iCloud SW | 24 MAG 1398 |
| 25 | April 17, 2024 | Historical Cell Site SW | 24 MAG 1551 |
| 26 | May 17, 2024 | Premises SW | 24-MJ-13089 (DNJ) |
| 27 | May 20, 2024 | Cellphone Location SW | 24 MAG 1988 |
| 28 | May 28, 2024 | Cellphone SW | 24 MAG 2060 |

| Exhibit No. | Date | Process Type | Docket No. |
|---|---|---|---|
| 29 | June 6, 2024 | Cellphone Location SW | 24 MAG 2164 |
| 30 | June 12, 2024 | Premises SW | 24-MC-2339 (EDNY) |
| 31 | July 1, 2024 | Historical Cell Site SW | 24 MAG 2450 |
| 32 | July 12, 2024 | Cellphone Location SW | 24 MAG 2572 |
| 33 | July 12, 2024 | Premises SW | 24-MC-2762 (EDNY) |
| 34 | July 25, 2024 | Cellphone SW | 24 MAG 2707 |
| 35 | August 1, 2024 | Cellphone SW | 24-MJ-13201 (DNJ) |
| 36 | August 12, 2024 | Cellphone Location SW | 24 MAG 2930 |
| 37 | August 12, 2024 | iCloud SW | 24 MAG 2929 |
| 38 | September 13, 2024 | Cell Site Simulator SW | 24 MAG 3318 |
| 39 | September 25, 2024 | Premises SW | 24 MAG 3431 |
| 40 | September 25, 2024 | Cellphone Location Renewal SW | 24 MAG 3434 |
| 41 | October 7, 2024 | Email SW | 24 MAG 3541 |
| 42 | October 7, 2024 | Electronic Device SW | 24 MAG 3540 |
| 43 | October 7, 2024 | Cellphone Location SW | 24 MAG 3544 |
| 44 | October 11, 2024 | Cellphone SW | 24 MAG 3629 |
| 45 | November 19, 2024 | Cellphone SW | 24 Cr. 556 |
| 46 | December 3, 2024 | Cellphone Location SW | 24 MAG 4175 |
| 47 | December 4, 2024 | Premises SW | 24 -MC-837 (EDNY) |
| 48 | January 17, 2025 | Premises SW | 25 MAG 160 |
| 49 | January 21, 2025 | Cellphone Location SW | 25 MAG 183 |
| 50 | February 7, 2025 | Cellphone SW | 25 MAG 451 |