UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

         v.                                      24-CR-556 (DEH)

ERIC ADAMS,                          NOTICE OF APPEARANCE

                Defendant.

To the Clerk of this Court and all parties of record:

    Please take notice that I, Joseph Gallagher, hereby appear as counsel in this case for the New York City Campaign Finance Board. I certify that I am admitted or otherwise authorized to practice in this Court.

Dated: May 29, 2025                   Respectfully Submitted,

*[signature]*

Joseph Gallagher        NY Bar No. 5347547

New York City Campaign Finance Board

100 Church Street, 12th Floor

New York, New York 10007

(212) 409-1865

jgallagher@nyccfb.info